FILED
CHARLOTTE, NC

APR 2 8 2010

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

# United States District Court
## For the
### Western District of North Carolina

)
)
Neil Allran, Terry Spoerle,
And Leslie J. Dale
)
)
Plaintiffs
)
)
Vs.
)
)
New York Federal Reserve Bank,
JP Morgan Chase Bank, Citigroup,
Citi bank, Wells Fargo,
American International Group, Inc.,
Ben Bernanke, Alan Greenspan,
Henry M. Paulson, Jr., Sheila C. Bair,
William C. Dudley, John Snow,
Sanford L. Weill, James L. Dimon,
Victor Pandit, Charles Prince,
Timothy F. Geithner, John M. Reich,
John D. Hawke, Jr., John C. Dugan,
Donald L. Kohn, Kevin M. Warsh,
Elizabeth A. Duke, Daniel K.Tarullo,
And Frederic S. Mishkin
)
)
Defendants
)

Civil Action No. 3:10-Cv-200

**COMPLAINT**

**JURY TRIAL REQUESTED**

Plaintiffs, pg 1a.

Roy Armstrong, Ruth Baker, Sally F Barker, Jon Barrett,  Sevim Basoglu, Mary E Beckham, O Eugene Bell, Chesanie Beam, Richard C Bianco, Dr. A J Biddell, Vernon Birt  Bobby Blanton, Norman Bossen Patricia A Boyce, Syble E Bunnel,  Shirley A Burk-Dewitt, Dr. & Mrs. Martin G Burkland, Tina Carraway, Terrie J Carver, Richard A Coad, Jr., Richard K Colbourne, Pat H Coone, Issa & Paul  Cook, Nancy R Cooke, Nancy A Cowell. Virginia M Davis, Virginia A Davis, Albout J De Cicco, Leonard Demaray, Kiley Donnell, William Donnell, Lois Fortener Doonan, Paul Driscoll, William Driscoll, Ruth DuBose, Paul L Eckert, Veronica M Egli, Casey England, Leonard England, Rhonda England, Faye Eurey, Shirl Ekins, Margaret A Gadley, William & Jean Galbraith, William R Garren, Pamela Gilchrist, Perlie M Gilchrist, Virginia M Goetter, Russell B Graham, Perineau P Gramling, Lynn Greenwalt. Abraham Grinoch, Michael Halverson, Martha J Harbsmeier, Norecer B Harley, Mary Harper, Nybius N Harrell, Angela Harrison,  Raye C Hatcher, W E Haynes, Nanette R Heckendorn, Scott, Henderson, Dennis K Hickman, Michael T Hines,Melba L Hobbs, Timothy Hunt, Marnie Inman, Alfred Izzo, Windell Jackson, Robert L Kallbreier, Ruth Kamino, Shari Kantor, Ruth J Kavfman, Tom M King, Loretta F King, Margaret Kitchen, Ray E Knerr, Stanley Korona, Sylvia Leason, Joyce A Langdon, Valerie LaRouche, Vivian Lasko, Adriana Lav, Alexis Lingerfelt, Waylon E Lynn, Jr, Rebecca E Lynn, Marilyn Maggi,  Raymond Man, Lester Mandelstgein, Raymond Mandelstgein, Lawrence Mascaro, Margaret Mayer, Mildred F McCella, Raymond N McDougal, Kaname Miya, Crystal D Morgan, Thomas & Helen Morgan, Loya S Moscon, Trustee, Thomas & Sheran O'Connor, Linda T Otani, Michael A Paez, Arthur L Page, Jr, Marie Pagno, Robert Palmiteer, Martha Parsons, Dewayne E Payne, Clarence & Mary Lou Perry, Dr. Stanley M Pier, Ricky Pierce, Robert N Price, Rita Ramirez, Phenia M Reed, Kristi Robinson, Otto & Anne Roemmich, Dr. Larry Rogers, Margaret J. Rome, Tiffany L Rome, Rebecca Ross-Moses, Annette Saldo,  Barbara A Salmon, T Reeves Sams, Thomas G Schober, Schuur Bros., Inc., Milton F Schwartz, TTEE, Thomas Schirghi, Marvin Sculati, Louis & Patricia Sharpley,E B Hamilton, President Shelby Loan & Mortgage Co., T Hugh Simrill, Jr., Sharon L Smith, Kevin Spencer, LoRena J Spoerle, Dawson Sterling, Barry D Steward, Don Sthen, Trudi Sthen, Mary Anne Hagler Stringer, Nancy Tandberg, Kathy J Thomas, Karla A Thornton, Sara J Tomasek, Phyllis F Tucker, Mary S Tyner, Pamela Vertorano, Dominick Vertorano, John B Walker, Lois Walker, Linda Weaver, Thomas A Will, Jr, H B Williams, Kevin Wooten, Robin Wooten, A & G Textiles,

# BRIEF STATEMENT OF CASE

American Citizens from 24 states bring this action as individuals, unless certified by the Court as a Class Action. Some plaintiffs are owners of stock in Washington Mutual, Inc. and Wachovia Bank. As American citizens, the Plaintiffs allege the financial and banking system imposed on them by the Federal Reserve Banking system is a violation of their Constitutional and Human Rights. That the banking system practiced by the New York Federal Reserve Bank, owned and controlled by the Defendant Wall Street Banks, is the most sinful and evil PONZI scheme man is capable of devising. It will permit them to control the financial and political systems in the *New World Order*, advocated by the owners of Wall Street and foreign banks and the present key leaders in our government. America will then cease to be a sovereign nation. All Americans will lose their Constitutional rights and will be even more economic slaves of International Banks than now.

As citizens of America and shareholders in Washington Mutual and Wachovia Bank, the Plaintiffs allege the Defendants, by their actions, support the movement of evil groups to own and rule the world. In 2008 some of the defendants unlawfully deprived them of their property under color of Law without due process of law and willfully violated their oath of office. The Plaintiffs, under our Constitution, are entitled to have a jury determine the damages they sustained.

**The Plaintiffs complaining of the Defendants allege and say:**

1. Jurisdiction vests in this case because the parties reside in diverse states, including North Carolina, with damages of trillions of dollars in excess of the provisions of 28 USC 1332.

2. The United States Constitution is the supreme law of the land. The Constitution is sincere in its meaning and contains no language addressing its interpretation by anyone. It does not contain any language or statements of facts granting the right to any President by Executive Order, Congress by any law, or any Federal or State Court to amend or interpret it. It provides the method for Amendments. The Federal Courts cannot, by their case law, amend or increase the power granted to them by the People in the Constitution.

3. Under the Fifth and Seventh Amendments to the Constitution, only in a trial by a jury can the factual issues of a person's property being taken without due process of law and a determination of the amount of damages be answered.

4. Officials in all three branches of our Federal or State Governments, whether elected or selected, are not authorized to resolve the issue of their government exceeding the power granted to them by the People. The clear and obvious conflict of interest of government employees ruling against their employer, from whom they receive their compensation and benefits, would allow the government to destroy the very purpose of the People's Constitution.

5. The IX and X Amendments to the Constitution reserve to the People the right to determine if their Government has exceeded the power granted to them in the Constitution.

6. The Plaintiffs are citizens and residents of 24 of the United States of America. Some of them are residents of North Carolina.

7. The Defendant New York Federal Reserve Bank, hereafter referred to as (NYFED) is a private corporation with its charter issued by the state of New York, and is owned by its member banks with its principle office located in New York City. William C Dudley is the current President of NYFED and is a citizen and resident of New York.

1

8. The Defendant, JP Morgan Chase Bank, hereafter referred to as (Chase Bank) and the Defendants Citibank and Citigroup, duly chartered existing under the laws of some state unknown to the Plaintiffs, and hereafter referred to as (Citi) are Wall Street Banks. Together they owned 66 percent of the NYFED stock as of December 31, 2003. Through acquisitions and mergers, these banks are the successors to the original Wall Street Banks controlling the New York Federal Reserve Bank. Chase Bank and Citi's principle offices are in New York City. These two Wall Street Banks, who always have at least one member on the NYFED board of directors and, as owner, control the activities of the NYFED They are responsible and liable for the wrongful acts of their management in failing to perform their duties to have the NYFED provide a safe, sound and regulated banking system. The member banks of the Federal Reserve System have used control of America's money for their own benefit and against the interest of the people.

9. Citi, the sole shareholder of Citibank, is responsible, and liable for its approval and condoning wrongful and unlawful acts of Citibanks management selected by them since it acquired ownership.

10. The Defendant, Wells Fargo, is a corporation duly created by the laws of some state unknown to the Plaintiffs. It is controlled by Wall Street and foreign international banks. Wells Fargo, through actions of its management violated the shareholders of Wachovia Bank Constitutional rights as hereinafter set out.

11. The Defendant, Ben Bernanke, is Chairman of the Board of Governors of the Federal Reserve System, hereafter referred to as the "FED". He is a citizen of South Carolina residing in Washington, DC.

12. The Defendant, Alan Greenspan, is a former Chairman of the FED Board of Governors. He served as Chairman from 1987-2006. During his term of office He served as chairman of the Federal Open Market Committee. This committee is composed of the FED Board of Governors, the President of the New York Federal Reserve Bank and 4 rotating members from the other Federal Reserve Banks serving a 1 year term He is a citizen and resident of New York.

13. The Defendants Donald L. Kohn, Kevin M Warsh, Randall S .Koszner Elizabeth A. Duke and Daniel K.Tarullo, a citizen of some state unknown to Plaintiffs, are members of the Board of Governors and the Federal Open Market Committee of the "FED". The defendant Frederic S. Mishkin is a former member of these two boards. He is a citizen of New York, NY.

14. The Defendant, Sanford L Weill, is a former Chief Executive Officer, herein after referred to as CEO of Citi and Citibank. He is a former Director of NYFED. He is a citizen and resident of Connecticut.

15. The Defendant, James L. Dimon, is a former CEO of Citibank. He is presently the CEO of Chase Bank and a member of the NYFED Board of Directors. . He is a citizen and resident of New York.

16. The Defendant, Victor Pandit, is currently the CEO of Citi. He is a citizen and resident of New York.

17. The Defendant, Charles Prince was CEO of Citi from 2003-2006. He is a citizen and resident of New York.

2

18. The Defendant, Timothy F. Geithner, is presently the Secretary of the United States Treasury. He was President of the NYFED from Nov. 2003 until Jan. 2009. During his term of office he served as vice-chairman of the Federal Open Market Committee. He is a resident and citizen of Maryland.

19. The Defendant, Henry M Paulson, Jr., was Secretary of the US Treasury from 2006 until January 2009. He is a citizen and resident of Illinois.

20. The Defendant, John Snow, was Secretary of the Treasury from February 3, 2003 until June 29, 2006. He is a citizen and resident of Richmond, Virginia.

21. The Defendant, John Reich, is the former Chairman of the Office of Thrift Supervision, hereafter known as (OTS), serving from August 2005 until Feb. 2009. He also served on the Board of Directors of the FDIC from January 2001 until February 2009. He is a citizen and resident of Florida.

22. The Defendant, Sheila C. Bair, is Chairman of the Federal Deposit Insurance Corporation, hereafter known as the (FDIC). She has served since June 2006. She is a citizen of Kansas and resides in the Washington, DC Area.

23. The Defendant, John D Hawke, Jr., was the Comptroller of the Currency from 1998 to 2004. He is a citizen of some state unknown to Plaintiffs and resides in Washington, DC,

24. The Defendant, John C. Dugan, became Comptroller of the Currency in August 2005 and now serves in that capacity. He is a citizen of Maryland and resides in Chevy Chase, MD.

25. All of the foregoing named individual Defendants are personally liable for their actions in participating in the creation of the financial crisis or acquiescing in its continuance causing the damages sustained by the plaintiffs herein. They willfully violated their Oath's of Office in failing to faithfully perform their duties to supervise and regulate banking institutions to ensure the safety and soundness of the nation's banking and financial system for the protection of the people. They willfully supported the interest of the defendant banks in earning immoral profits and paying immoral bonuses to the management of the banks and placed enormous debts and losses to the American People.

26. The Defendant, American International Group Inc., here after referred to as "AIG", is a duly created corporation under the laws of some state unknown to the Plaintiffs, with its headquarters located in the city of New York and is engaged in the insurance business.

27. Article 1 Section 8 of the Constitution of the United States grants to the Congress "The power to coin money, regulate the value thereof, and of foreign coin, and fix the standard of Weights and Measure".

28. On December 23, 1913, Congress passed and the President signed The Federal Reserve Act, Title 12, Chapter 3 US CODE, into law. The Law authorized the creation of 12 privately owned Federal Reserve Banks to be established in 12 geographical districts. The primary purpose in passing the law with no effective control over the 12 Federal Reserve Banks was to enable the officials of the Federal Reserve System (free of any political control) to maintain a stable economy and a sound, supervised and regulated banking system. The Purposes, Functions and Mission are set forth in the website of the Federal Reserve System and are attached hereto as Exhibit "A". In January 1914, the Federal Reserve Bank of New York was the first to be organized and it subsequently caused the other eleven banks to be organized in their districts. Personnel of all three branches of our government on this and later occasions have approved laws passed seeking to circumvent or violate the Constitution

3

29. The 12 Federal Reserve Banks are neither Federal nor Banks, but are privately owned Corporations having complete control of The American People's money. The name given to them was to deceive the people into accepting them as a government agency created to protect them and operate as regular banks.

30. Special powers were entrusted to the NYFED and it has dominated and controlled the entire Federal Reserve System since its inception. A page from the website of the NYFED listing its duties, responsibilities and special powers granted to it, is attached hereto as Exhibit "B".

31. The Defendants Ben Bernanke, Alan Greenspan, Donald L. Kohn, Kevin M. Warsh, Randall S. Krosner, Daniel K. Tarullo, Frederic S. Mishkin, Elizabeth A. Duke, John Snow, Henry Paulson, Timothy Geithner, William C. Dudley, Sanford L. Weill, James L. Dimon, John M. Reich, Sheila C. Bair, John D. Hawke, Jr. and John C. Dugan, to qualify for positions held by them, had to take the Oath of Office required by law as follows:

> "I, _____ , do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter."

32. All Americans have the right to rely on the above named government officials to act legally and abide by the solemn Oath they swear or affirm to. Government employees must well and faithfully discharge the duties of the office they are to occupy. The Federal Government and all its employees are to serve the interest of the people as mandated by the Constitution. Willful violations of their Oaths by any Federal or State Employee, elected or selected, is a criminal offense as hereinafter set out. Government employees are also personally responsible to persons suffering damages caused by their civil offenses.

33. Article 11, section 2 of the Constitution requires The President, before assuming office, take an Oath to "faithfully execute the Office of President of the United States, and will to the best of his ability, preserve, protect and defend the Constitution of the United States". Article 11, section 3 of the Constitution requires the President: "take care that the laws be faithfully executed". All Presidents since the FED was established in 1913 have failed to take care that Article 1, sections 8-10 be faithfully executed. President Kennedy attempted to replace the paper Federal Reserve notes with silver certificates as replacement of the worthless Federal Reserve notes used as our currency. Lower denomination silver certificates were placed in circulation. Twenty and one hundred dollar silver certificates were being printed when President Kennedy was assassinated. The lower denomination silver certificates were taken out of circulation when received by banks. The larger printed silver certificates were not placed in circulation.

34. Since the passage of the Federal Reserve Act in 1913, The NYFED and its owners, Citi and Chase Bank, have clearly demonstrated they did not intend to perform their mission and duties set out in Exhibit "B". From the creation of the Federal Reserve System they, acting through their management, Citi and Chase Bank, have intentionally used control of America's money to serve their own greedy, evil and sinful purposes by:

    a. Funding loans of America's money to selected member banks to buy major assets in the world, for a small fraction of their true value, during periods of deflation regularly created by them. Especially during the great international depression caused by them during the 1930's decade and the present financial crisis. The Amount of money and terms

4

of many loans made by the FED are unknown because the FED has never been audited by an independent firm. Continued action of present FED

b. Causing horrendous wars by financing both sides of the combatants in World War I, World War II, the Korean War, the Vietnam War and the wars in the Middle East, continuing to this date, in which millions of innocent people were killed.

c. Compromising members of our government at every level to represent the interest of evil International and Wall Street Banks and not the people.

d. To gain control of our educational system at every level and ownership and control of our free press, including all branches of the print and electronic media, to conceal the truth and substitute false information to serve the purposes of Wall Street Banks. To gain control of our medical system, from the pharmaceutical industries to hospitals now being purchased by them.

e. Compromising the leaders of any group large enough to be a threat to their establishing a NEW WORLD ORDER in which they would control the political and financial systems. All Nations who become members of the NEW WORLD ORDER would lose their sovereignty, and be subject to all laws under the evil bankers' government. The people would be economic slaves with no rights.

35. The Defendants named above in Paragraph 31 have willfully, maliciously and unlawfully violated their Oath of Office by falsely taking said oath and representing the interest of Wall Street Banks and foreign bank owners of the Federal Reserve Banks, instead of the interest of All Americans, committing perjury in violation of 5 USC Sec 3331.

36. The Executive, Legislative and Judicial branches of the government of the United States have exceeded the power granted to it by the people in the Constitution. The people have not and would never authorize its government, unless deceived by it, its free press and educational system, do the following:

a. Grant the power to our Federal Government to impose trillions of dollars of debt upon them and the payment by them of over six trillion dollars in interest to borrow their own money through a nefarious and sinful plan known as the Federal Reserve System. The law was designed by members of the US Congress, whose law firms represented Wall Street Banks and by a representative of foreign international banks. The American People received no consideration to support the debt, rendering it invalid and uncollectible, and no interest is due on an invalid debt. The Wall Street Banks received, without any consideration, the right to unrestricted and unlimited power to create American currency and buy most of the world's assets during the past 97 years, and create trillions of a void debt to be paid by the people.

b. Give the power to regulate the value of foreign coin to Wall Street Banks, their overseas branches and their foreign associates with branches in all over the world to make unconscionable profits by the NYFED manipulating the value of foreign money to exceed that of the dollar.

c. Permit or participate in the actions enumerated in Paragraph 34 above.

37. The people have never given the Federal government the authority to grant special privileges and emoluments and exempt privately owned Corporations, such as the Federal Reserve Banks, from the laws of the State in which they are granted their Charter.

5

38. Article 1 Section 10 of the Constitution prevents any state "from making anything but gold and silver coin as a tender in payment of debts". Congress, by the passage of Title 31, Chapter 51, section 5103 of the US Code, makes Federal Reserve notes and circulating paper notes of Federal Reserve Banks and national banks legal tender for all debts. Congress by the federal code is attempting to amend the Constitution by an invalid law. Laws enacted by the government that expressly violate the provisions of the Constitution are void on their face, and any member of the government who opposes their repeal is willfully violating their oath of office.

39. The Federal Reserve Act was so cleverly and deceitfully worded that Congress did not recognize it was in violation of the Sherman Antitrust Act, Title 15 USC Chapter 1, passed in 1890. One member of Congress, Congressman Charles A. Lindberg, knew it, and stated so on the floor of the House of Representatives: "This act establishes the most gigantic trust on earth. When the President signs this bill, the invisible government by the monetary power will be legalized." A portion of this speech is attached hereto as Exhibit "C".

40. The Constitution does not grant the power to our Federal Government to give control of America's money to Wall Street and Foreign International Banks, operating under an evil, sinful, fraudulent and deceptive banking system known as "Fractional Reserve Banking" to fund loans by their selected member banks under secret terms, accelerating their inevitable acquisition of all the worlds assets and control over all people. This system of banking perfected by European Jewish Banks is the most profitable "PONZI" scheme ever devised by man. Contracts of debts in any amount are created for little or no consideration. Banks receive some of their income by lending paper and ink to working people. Workers spend many working hours to earn wages sufficient to pay their debts.

41. All banks operating under fractional reserve banking regulations fund their loans using ten (10) percent of their liabilities (Deposits) and creating the other 90 percent by deposit slips or checks. Nothing but minimal administration fees constitute the consideration by the Banks given to support the debts they create. Illegal money cannot create legal debt. All contracts of debt created by Federal Reserve Notes are illegal and have created no debt requiring repayment.

42. Members of Congress in 1913 who voted in favor of the passage of Title 12, Chapter 3 of the U.S. Code, violated their Oath of Office set out in Article VI of the Constitution requiring them to support the Constitution. They further violated their Oath of Office required of all federal officials in the Executive, Legislative and Judicial Branches of our government, except the President, required by 5 USC 3331 set out above..

43. All previous cases of the United States Supreme Court wherein the Court ignored and circumvented the Supreme Law of the Land, the people's Constitution, are null and void. Raichie vs. The New York Federal Reserve Bank is a clear example wherein the Justices of our Supreme Court willfully violated their Oath of Office. The Court, by the opinion entered, sought to overrule the provisions of the people's Constitution. Article I, Sections 8 and 10 clearly give control of our money to Congress and in all States made gold and silver coins legal tender in payment of any debts. The Constitution provides how it can be amended. This unlawful act by the Supreme Court has caused Americans to be unlawfully deprived of untold trillions of dollars of their property.

44. The Supreme Court of the United States has sanctioned and permitted evil Wall Street and foreign International Banks through a sinful banking system, eliminating our "Free Press", and using their communication system for their propaganda purposes. The owners of these banks have controlled our educational system for many decades. They have controlled the peoples money, their education and the information in the media industry. This power enables them to make the American People their economic slaves.

6

45. Other unlawful acts of the Supreme Court include the opinion holding that separate but equal rights complied with the requirements of the Constitution. This decision denied minority races their Constitutional rights for a hundred years The opinion rendered by the Court approving the action of the government in seizing the property of Americans of Japanese descent and confining them to primitive concentration camps during World War II was another violation by the Supreme Court of the Constitutional rights of Americans of Japanese descent

46. Personnel of Wall Street Banks and their foreign associates founded two secret organizations known as the Council on Foreign Relations, hereafter known as (CFR) and the Trilateral Commission, hereafter known as (TLC). Their objective was to have a *New World Order* with its global political and economic structure controlled by them. Secret meetings were held until sufficient members were obtained occupying key posts in our government and the media. They are now very confident of victory with key departments of our government headed by their members. They now have a government representing their interest. They now have multiple offices with hundreds of employees and websites displaying membership lists with thousands of members. Some of their meetings now are open and some are still held in secret. The membership list of these organizations contain the names of many recent Presidents, prominent members of Congress and Supreme Court Justices, and according to CFR's 1987 report, 262 of its members are journalists, correspondents, and communication executives.

47. Personnel associated with foreign international banks founded a third highly secretive organization named "The Bilderbergs", known hereafter as (BB). Their meetings are still most secretive. One former President, prominent members of congress and other government personnel are or have been members of these secret organizations seeking to create the *New World Order*. The three subversive organizations, BB, CFR, and TLC, effectively control our financial and political systems now by:

    a. Four key positions in every administration are usually filled by members of these subversive organizations. They are the National Security Advisor, the Secretary of State, the Secretary of Defense, and the Secretary of the Treasury.

    b. Controlling the national leadership, by providing their funding to both the Republican and Democratic Parties. This gives them the power to select the candidates of both parties running in any primary they chose. The people only get to vote for candidates pledged to support the special interest of the evil financial group.

    c. Any corporation whose employees are members of these subversive groups, all individual members of these groups, and all members of our government, elected or appointed, aiding or committing acts of insurrection or rebellion to overthrow the Constitution of the American People forfeit any benefits from the government and any debt owed them by the Federal or State governments are void under the XIV Amendment of the Constitution.

    d. All government employees at every level convicted of violating their Oath of office or violating the provisions of 18 U.S.C. 242, Deprivation of Rights Under Color of law forfeit any benefits applicable to the office or job

48. Present members of Congress are violating their Oath of Office by:

    a. Passing laws without reading them, fully understanding them, or knowing whether they conflict with rights reserved to the states or the people, and some are in effect ex post facto laws. Federal laws are intentionally made so ridiculously voluminous and complex they are incomprehensible after hours of study.

b. Passing laws to allow monopolies to increase their profits and other benefits of special interest groups, which in effect deprive the American People of their property in violation of the Sherman Antitrust Act, 15 USC section 1 and the Fifth Amendment to the Constitution.

c. Resisting and rejecting for almost 100 years efforts by other members of Congress to correct and repeal flagrant laws that demonstrate how the American People have incurred trillions of dollars in illegal debt to borrow their own money and have paid trillions of dollars in illegal interest on said debt to Wall Street Banks and their Associates.

d. At practically every session of Congress for the past 97 years rejecting efforts by members of Congress to investigate the activities of the FED and to repeal the unconstitutional law. Any member of Congress who willfully opposes the present bill under consideration for a complete audit of the FED is violating his Oath of Office and is subject to being tried for committing perjury in the State by the people he is supposed to represent.

e. Allowing the Presidents to, by illegal Executive Orders, pass legislation and commit other acts that are flagrant violations of the powers granted by the Constitution.

f. Refusing to investigate CFR and TLC as being subversive despite repeated requests to do so by prominent members of Congress, The American Legion and Veterans of Foreign Wars, and by thousands of the American people, individually, and as members of hundreds of groups in America. Upon information and belief based on activities and statements of the present government, the Defendants will implement another phase of their plan of a *New World Order* by giving the FED more power and legalize the national debt by making the FED a Government Agency. The FED will then gradually eliminate, by merger or closing, all local banks and let Wall Street Banks conduct all banking operations.

49. All government and banking officials, who were required to take an Oath to support and defend the Constitution have willfully, wantonly, deceitfully and intentionally violated their oaths, and have failed to perform the duties of their office to prevent the tortuous and criminal acts of Wall Street Banks and their Officers, inflicting trillions of dollars in damages upon the American and all other peoples in the world.

50. All Defendant Corporate Banks and their management have willfully, wantonly, deceitfully and intentionally violated the duties assumed by them to foster a safe, sound and regulated financial system. Under the leadership of the Chairmen of the Board of Governors of the Federal Reserve System, and the chief executives of The New York Federal Reserve Bank, Wall Street Banks, their management, and their associates have engaged in decades of tortuous and criminal acts creating recessions, depressions, critical economic and banking crises and horrible international wars to make profits by providing financing to both sides of conflicts, while inflicting horrendous suffering and financial damages upon the American and other people in the world.

51. The Defendant Wall Street Banks, through their management and their foreign associates, own and control the private central banks in most nations of the world. To permit the Defendant Banks, through their management, and their associates to use the wealth and military power of America to achieve a *New World Order* in which the banks control the political, economical and military forces would be a violation of all people in the world's HUMAN RIGHTS.

52. The Defendant Wall Street Banks, through their management and their associates, knowing the necessity of concealing their deceitful acts from the people, in 1915 acquired a sufficient number of the newspapers to control the published news. The manner in which they acquired the major newspapers and the terms of the purchase contract is attached hereto as Exhibit "D" and reiterated herein as if fully set forth, They have used the media to conceal news from the people and publish news they wanted the public to accept as true.

8

53. The people were led to believe the Federal Reserve System was a government agency. They now use the media for the distribution of their own propaganda. If the major media outlets consisting of newspapers, magazines, radio and television stations, owned by the Defendants, their corporations or associated corporations, fail to perform the duties of a Free Press to now inform the people of the true private ownership of the Federal Reserve System and that it is not a government agency, upon motion of the Plaintiffs, be made parties Defendants to this action.

54. The Congress of the United States willfully violated the people's right to a Free Press provided for in the first Amendment to the Constitution. They repealed laws preventing Wall Street Banks from buying the major media newspaper, magazines, radio, and television outlets. Members of Congress allowed the creation of a monopoly with the means to now distribute their propaganda dwarfing that of the tyrant Hitler in Germany. This is the most serious violation of the requirement of their oath to support and defend the Constitution. We would not have had continuous wars, causing many innocent people to be killed. We would not have had extreme grief and sadness inflicted upon billions of people all over the world. We would not have had recessions and depressions causing indescribable suffering and loss of property by all people in the world. All of this could have been prevented if the media had printed the truth about our financial system. The FED would not have lasted very long if its activities had been reported to the people if the free press had performed its duty and reported the unlawful activities of the government.

55. Many members of Congress now willfully fail to support and defend the rights of all Americans protected by the Constitution. They now represent the interest of the invisible government seeking to rule the world. These members of Congress are guilty of perjury. All members of the three branches of our government who fail to support laws eliminating the ownership and control of the FED by Wall Street banks are guilty of perjury.

56. It is now imperative that all candidates for Federal and State offices be selected by the people and not by wall street and foreign international Banks. It is imperative that candidates to be elected will obey the Constitution and be part of a government of the people, by the people and for the people.

57. All of the fifty states for many years have failed in their duty to restrict the Federal government to the power granted to it by their citizens. The invisible government in control of our money and means of communication pose a serious threat to American sovereignty, and all Americans will lose their Constitutional rights. This can be done through illegal treaties or through membership in the *New World Order* whose laws replace our Constitution.

58. Members of Congress from North Carolina who are convicted in North Carolina of failing to support and defend the Constitution are subject to the punishment for perjury provided for in North Carolina General Statutes 14-209; which states:

> "If any person shall willfully and corruptly commit perjury, on his oath or affirmation, in any suit, controversy, matter or cause, depending in any of the courts of the state, or in any deposition or affidavit taken pursuant to law, or in any oath, or affirmation duly administered of or concerning any matter or thing whereof such person is lawfully required to be sworn or affirmed, every person so offending shall be punished as a Class F Felon."

**For a second cause of action, the plaintiffs allege and say:**

1. Paragraphs 1-58 and Exhibits A, B, C and D set out in the first cause of action are reiterated herein as if fully set forth.

9

2. Article 1, section 8 of the Constitution states "The Congress shall have power...to coin money, regulate the value thereof, and of foreign coin, and fix the Standard of weights and measures".

3. On December 23, 1913 all three branches of our government approved the enactment of the Act, Title 12 Chapter 3 of the U.S. Code, creating the Federal Reserve System.

4. Article 1, section 10 of the Constitution states: "No State shall......make anything but gold and silver Coin a Tender in Payment of Debts".

5. The Constitution makes no reference to Paper Money.

6. From 1914 until early1934 the FED issued paper gold certificates in various denominations redeemable in gold. During this time gold and silver coins were also in circulation.

7. In 1934 the FED ceased issuing Gold Certificates in large denominations and issued Federal Reserve Notes redeemable in Lawful money. This money was worthless pieces of paper.

8. On April 5, 1933 President Roosevelt violated his duty to preserve, protect and defend the Constitution by issuing Executive Order No. 6102. It forbade the hoarding of gold coin, gold bullion and gold certificates and required all banks and their depositors to turn them over to the Federal Reserve Bank on or before May 1, 1933. Willful failure to submit to the confiscation was punishable by up to ten years in jail and/or a fine up to $10,000.

9. The Coinage Act of 1965, Pub.L. 89-81, 79 Stat. 254, authorized composite metal coins and paper Federal Reserve Notes as legal tender in payment of all debts. This law is in violation of the Constitution.

10. The foregoing are illustrations of the Legislative and Executive branches of our government exceeding the power granted to them by the people in the Constitution.

11. Congress can not pass laws in violation of the Constitution.

12. The President cannot pass legislation confiscating the property of citizens nor make violations of Executive Orders a crime.

13. The President has a duty to preserve, protect and defend the Constitution. He has a duty to take care that the laws be faithfully executed.

14. The Executive, Legislative and Judicial branches of the government can not amend or change the clear meaning of what it says. If acts are not permitted by the Constitution, They violate it.

15. Any actions taken by any branch of the government in violation of the Constitution are null, void and of no effect.

16. Employees of the government at every level, elected, selected or hired, can be convicted of a crime for willfully violating their oath of office.

17. Beginning in 1936 the FED, during the next 8 decades, issued untold trillions of its Federal Reserve Notes all over the world. The current national debt is now approximating 12 trillion Federal Reserve notes issued. This gigantic obligation has been created by 12 privately owned corporations wrongfully designated as Federal Reserve Banks. These corporations are legally liable to honor their notes; however, the Constitution in no way authorizes the federal government to place the debts of the Federal Reserve Banks upon the shoulders of the American People for payment. Any member of the U.S. Government under color of law who seeks to willfully deprive or seeks to deprive the plaintiffs from enjoying the protection under the Constitution or laws of the United States violates Title 18 U.S.C. section 242. Upon conviction of these violations, all benefits accruing to them will be forfeited.

**For a third cause of action, the Plaintiffs allege and say:**

1. Paragraphs 1-58 and Exhibits A, B,C and D set out in the first cause of action and Paragraphs 1-17 set out in the second cause of action are reiterated herein as if fully set forth.

2. All of the Plaintiffs are American citizens and legal residents from many states. Some are

shareholders in Washington Mutual, Inc., the sole shareholder of Washington Mutual Bank. Some are former shareholders in Wachovia Bank, some of whom are presently shareholders in Wells Fargo Bank.

3. Upon information and belief the Plaintiffs allege in furtherance of the owners of the FED's plan to create a *New World Order,* with a political and economic system controlled by their Wall Street Banks, another phase of their plan was commenced around the year 2000. They used the sincere desire of the people to realize the American Dream and own their home to justify their illegal actions. This sincere desire was surreptitiously used to give the FED justification to issue far more money than the markets could absorb. The NYFED caused untold trillions of dollars to be issued primarily to be used to fund record millions of residential and commercial mortgages. The defendants' purpose in issuing needless money was to create an economic crisis that could become the worst ever. An illustration is necessary to understand how much a trillion is. Using time as a reference: A million seconds is 13 days, a billion seconds is 31 years, a trillion seconds is 31 thousand six hundred and eighty eight years.

4. The purpose and effect of the defendants in creating the financial crisis was:

   a. Wall Street banks and their chosen associates would make trillions of dollars in profits by funding prime and sub-prime mortgages and selling them without recourse to innocent purchasers.

   b. To attempt to make two coveted banks, Washington Mutual Bank, Wachovia Bank and many independent local banks and financial firms extremely illiquid and in a position to default on their obligations and become subject to seizure by regulatory officials.

   c. The defendant banks, by rumors, short selling stock and controlling the media, could and did cause the value of the stock of many banks to plunge in value. Some bank stock values fell from highs up to $80 to lows as little as $1plus. Many middle class Americans lost their life's earnings in various ways while the defendants and their associates made enormous profits by buying all types of properties for pennies on the dollar. The defendant banks foreclosed on many properties in which the owners had substantial equity, and sold said properties to their friends and associates at "fire sale prices". As the values of collateral pledged as security decreased in value, the Banks required more collateral and later sold it for pennies on the dollar by reason of the financial crisis caused by them.

   d. To permit Wall Street Banks, specifically Chase and Citibank, and associates to eliminate competition and expand their market areas and size for little or no cost, and in the case of Washington Mutual Bank, to actually make an immediate profit from their unlawful acts.

   e. Through their control of the ratings and regulatory agencies to defraud untold numbers of Americans, American companies, and foreign people and companies of trillions of dollars by selling them worthless packaged debts rated as marketable securities. These transactions, along with inflating the cost of oil, protected the value of the significantly inflated dollar.

   f. To fund trillions of dollars of sub-prime loans, knowing the borrowers would not be able to meet their payments, resulting in over 6 million Americans losing their homes.

   g. To cause over 10 million Americans to lose their jobs, retirement funds and other related benefits, enabling American companies to move offshore and violate the Human Rights of people paying slave labor wages in violation of their Human Right to fair compensation.

   h. To cause the American people to pay more taxes by allowing American corporations to move offshore, hiring slave labor and paying no income tax or duties on their exports.

11

i.   To cause the failure of over 200 banks, and to eventually make it impossible for local independent banks to exist.

j.   To stampede the government into appropriating 700 billion dollars to be used in the discretion of Henry M. Paulson, then Secretary of the Treasury, with no liability or responsibility to prevent the collapse of our economic system, in violation of Article 1, Section 9 of the Constitution. The amount of money used to aid the Defendant Wall Street Banks and other Wall Street Corporations and used for other purposes must be identified in this action.

k.   To systematically eliminate the Middle Class in America and lower the living standard of all Americans.

l.   To cause serious problems for businesses and all levels of governments to drastically reduce their budgets because of severe reduction of income.

5.  The Defendant New York Federal Reserve Bank, under the authority given to it by the Federal Reserve Act, has the power to destroy any individual, bank or other legal entity engaged in commerce requiring financing. It has the power to defeat the reelection of any person now in government service. They can cause the defeat of candidates seeking to become a member of the government who oppose the existence of the Federal Reserve System.

6.  During his tenure in office, the Alan Greenspan willfully, wantonly, and deceitfully violated his duties as Chairman of the Board of Governors of the Federal Reserve System by allowing and condoning for years the unwarranted increases in the amount of money injected into the economy sufficient to grossly exceed the market and demand. He further concealed the total amount of money in circulation by terminating the publication of the total amount of money reflected in M3, a publication of the System. He further failed in his duty to have regulators of depositories of Federal and National banks inspect and report the increasing illiquidity of banks resulting from rising defaults in loans. He misled Congress and the American People in his reports to them. He represented the interest of the defendant Wall Street Banks and not the interest of the people.

7.  The Defendant Ben Bernanke willfully, wantonly and deceitfully violated his duties as Chairman of the Board of Governors of the Federal Reserve System in continuing to conceal the total amount of money in circulation. In 2006-07 millions of defaults of residential and commercial loans resulted in millions of Americans to loose their home and properties. In spite of this, The Fed continued to issue trillions of Federal Reserve notes beneficial to many banks and lending institutions. The defendant regulatory agencies were still not properly performing their duties. The Defendant Bernanke failed to have federal regulators inspect the depositories under their supervision. He misled Congress and the American People in his reports to them. He represented the interest of the defendant banks and not the interest of the people.

8.  The Defendants John Snow, Henry M. Paulson and Timothy Geithner, as Secretaries of the U.S. Treasury, during their tenure in office violated their Oaths of Office and willfully, wantonly and deceitfully ignored their duty to have federal regulators perform their duties to inspect and report the critical conditions in banks deteriorating due to loan defaults They failed to take action to cease the funding of the saturated market for residential and commercial loans. They acquiesced in the creation of the financial crisis enabling banks to make tremendous profits while threatening the collapse of our economical and banking system.

9.  The Duties and Functions of the U.S. Department of the Treasury, as set forth in its web site are attached hereto as Exhibit "E".

10. That the Defendant Timothy Geithner was President of the Federal Reserve Bank of New York

12

from November 2003 until January 2009. He willfully, wantonly and deceitfully violated his duties to have federal regulators perform their duty to inspect and report the critical conditions in banks deteriorating due to loan defaults, and to take action to cease the funding of the saturated market for residential and commercial loans. As a result of controlling the Federal Reserve System, Chase Bank was able to acquire Washington Mutual Bank for practically nothing, and Citi almost acquired Wachovia for a mere pittance of its value. Wells Fargo was able, after assistance by a member of the CFR, to buy Wachovia at a fire sale price under duress, for a pittance of its value.

11. The Defendants Sheila C. Bair, Chairman of the Federal Deposit Insurance System, hereafter referred to as FDIC, and John M. Reich, Chairman of the Office of Thrift Supervision, hereafter referred to as OTS and a member of the Board of the FDIC willfully, wantonly and deceitfully violated their duties to supervise the inspection and regulation of the lending institutions under their jurisdiction, and permitted loan defaults to increase in such volume as to produce the financial crisis claimed by government and FED officials.

12. The FDIC Mission, vision, and values are set forth in its website and are attached hereto as Exhibit "F". The main duty of the FDIC is to examine and supervise financial institutions for safety and soundness and consumer protection.

13. The Mission and goals of the OTS are set forth in its website and are attached hereto as Exhibit "G". The OTS is to supervise U.S. Thrift institutions and their holding companies. Each OTS examination, as well as the agency's overall exam strategy, devotes the greatest resources to the highest risk areas to ensure the safety and soundness of OTS-regulated institutions.

14. The Mission of the Office of the Comptroller of the Currency, as set forth in its website, is to Charter, regulate, and supervise national banks to ensure a safe, sound and competitive national banking system that supports the citizens, communities and economy of the United States. The Office of the Comptroller of the Currency also supervises federally licensed branches and agencies of foreign banks. This Office has engaged in an act seeking to conceal the real ownership of Federal Reserve banks. A page from its website is attached hereto as Exhibit "H".

15. The Defendants John Snow, Henry M. Paulson, Jr., Sheila C. Bair, John M. Reich, John Hawke and John Dugan willfully failed to well and faithfully discharge the duties of the offices they occupied, and allowed the lending institutions they supervised for many years to make sub-prime loans from the trillions of dollars created by the Federal Reserve System, when they knew or should have known that millions of these loans, specially structured and made to unqualified borrowers, would result in foreclosure proceedings. That by failing to perform their regulatory duties they acquiesced in the creation of the financial crisis enabling Wall Street banks to make tremendous profits at the expense of American taxpayers.

16. That since January of 2008, the Defendant Henry M. Paulson, Jr., who is a member of the CFR, exceeded his authority as Secretary of the Treasury in applying pressure on WAMU and Wachovia officials to sell their banks to Wall Street banks for a pittance of their fair market value. The autonomy of the Director of the OTS was such that the Secretary of the Treasury could not intervene in any matter or proceeding before the Director (including agency enforcement actions) unless otherwise specifically provided by law.

17. That Chase Bank had access to all WAMU's records for 9 months, during which it engaged in false and deceptive negations to purchase Washington Mutual Bank. During this time the defendant James L. Dimon was a director of the New York Federal Bank and the CEO of Chase

Bank.. He had taken an oath to support and defend the Constitution. Under color of law, in violation of 18U.S.C. 242. he willfully violated the shareholders constitutional rights in participating in the unlawful taking of their interest in Washington Mutual and Washington Mutual Bank for no consideration at all but actually making an instant profit from acquiring Washington Mutual Bank and billions of dollars of assets belonging to Washington Mutual.

18. On September 2008, Washington Mutual Bank (herein after referred to as WMBank) was the 6th largest bank in America. It had over 300 billion dollars in assets and over 200 billion dollars in deposits, with 2,239 retail branch offices on the west coast, the northwest part of America, Florida and was making inroads in the New York market served by the Defendant Chase Bank. It was a wholly owned subsidiary of Washington Mutual, herein after referred to as "WAMU", a holding company located in Seattle, with many other profitable operations. It had increased its equity position from the sale of 9 billion dollars of stock. It had a 50 billion dollar line of credit. It had just completed a working agreement with the Office of Thrift Supervision, its immediate regulator, and was not on any bank problem list.

19. Upon information and belief Plaintiffs allege Chase Bank and its Wall Street associates tried to cause fatal problems to WAMU by having its personnel infiltrate its management. Wall Street Banks caused depositors under their influence to withdraw deposits and create a run on WMBank, resulting in large numbers of short sales of WAMU stock on the New York Stock Exchange which not only caused the stock to lose value but yielded untold amounts of profits to the short sellers in Wall Street Banks and brokerage houses.

20. Prior to the unlawful seizure of WMBank, all efforts made by Defendants Henry M. Paulson, Jr., Secretary of the US Treasury, along with James L. Dimon, CEO of Chase Bank and a Director of the NYFED, to destroy the value of WAMU stock had failed. WMBank remained in a viable position to meet the demands of its customers. WMBank was in a better financial condition than most Wall Street Banks and brokerage firms. It was not on the problem list of banks of any regulatory agency at that time.

21. On Thursday, September 25, 2008, a few days before Congress appropriated over 700 billion dollars to be used in the discretion of the Secretary of the Treasury, Henry M. Paulson, Jr., to provide capital to banks needing it, the Defendants Henry Paulson as Secretary of the Treasury and James Dimon, individually and as CEO of Chase Bank, and as a Director of the NYFED, used their influence and power over the regulators and caused Reich and Bair with no warning or notice to seize the assets of WMBank, and in a few hours, literally give Washington Mutual Bank to Chase Bank. The size and value of Chase Bank increased dramatically in acquiring Washington Mutual Bank. In taking over said bank other assets of Washington Mutual worth billions of dollars were converted by Chase Bank to its own use. WAMU, at the time it was seized and given to Chase, had over 4 billion dollars on deposit in Washington Mutual Bank. Chase Bank refused the right of WAMU to withdraw its deposit and as late as March 22, 2010 is in possession of WAMU's money earning millions of dollars with it. Chase bank is requiring WAMU to concede millions of dollars and untold billions of other assets to get possession of its money.

22. The intentional, inequitable acts of the Defendant Paulson, in denying WAMU the right to participate in receiving assistance from the Secretary of the Treasury, if needed, was a violation of his Oath to well and faithfully discharge the duties of his office. For almost a year, Paulson had been putting pressure on WAMU's management to sell to Chase Bank. He wrongfully used the power of his office and his control over the Defendants Reich and Bair to seize WAMU and literally give it to Chase Bank. All Defendants had caused the economic crisis

14

reducing the liquidity of all banks. The time and manner in which Washington Mutual was seized by the FDIC and given to Chase Bank was:

    a.  An unlawful deprivation of the Plaintiffs Property rights in violation of the Fifth and Seventh Amendments to the Constitution.

    b.  A violation of the equitable rule of permitting a Defendant to be "Unjustly Enriched" by the creation of Contract of sale supported by inadequate, immoral and sinful amounts of consideration.

    c.  Said defendants, Paulson, Bair and Reich also violated 18 U.S.C. 242 and deprived the plaintiffs of their Constitutional and other rights under color of Law.

23. In September 2008, Wachovia was the 4th largest bank in America with assets of $812.4 billion. It had 3,300 retail branch offices in 21 states from Connecticut to Florida and west to Texas and California. It also had 14,600 financial advisors in 1,500 offices managing $1.1 trillion dollars for clients.

24. During the last few days of September 2008, the Defendant officials in Wall Street banks and government regulatory agencies who created the financial crisis of the financial system in America gave Wachovia an ultimatum as follows: "'Accept the offer of one dollar per share of Citigroup or be taken over by the FDIC on Monday". Said defendants also violated 18 U.S.C. 242 and deprived the plaintiffs of their rights under color of Law..

25. Before this threat, Wachovia's top management had been penetrated by persons representing Wall Street Banks' interest. Under such distress from management, Wachovia's Board of Directors approved the sale of their bank for a pittance of its value. At this time, Wachovia was in far better financial condition than Citigroup. The unlawful acts by the defendants took place a few days before Congress made $700 billion dollars available for the Defendant Paulson to use in his discretion to assist any bank needing funds.

26. .Chase Bank and Citi as owners of the NYFED coveted the huge market area served by Washington Mutual Bank and Wachovia. The NYFED then substituted Wells Fargo to enter into a Contract to acquire Wachovia in a transaction forced upon Wachovia. These two banks had deposits in excess of one trillion dollars with 5500 branches in areas not served by the Wall Street Banks. Prior to the unlawful acts of the Defendants WAMU had a fair market value approximating $75,000,000,000 and Wachovia had a fair market value in excess of $100,000,000,000. Citibank was in the far worse financial condition than many seized banks and could not enforce its Contract of purchase with Wachovia.

27. To quell the rising furor of the public, the Defendant Wells Fargo appeared and offered a pittance price in stock larger than the price of Citigroup's cash offer. To improve Wells Fargo's Balance sheet, a member of the CFR purchased a huge amount of Wells Fargo's stock .The directors of Wachovia were intimidated and coerced into consummating the sale of Wachovia to Wells Fargo.

28. Chase Bank and Wells Fargo were unjustly enriched by the unlawful and unconstitutional acts they engaged in the wrongful contract of sale of Wachovia Banks. In a Court of Law the Shareholders of Washington Mutual and Wachovia are entitled to recover treble damages from the Defendants. All of the Plaintiffs attorney fees and costs are also to be paid by the Defendants.

**And for a fourth cause of action, the Plaintiffs allege and say:**

1.  That Paragraphs 1-58 and Exhibits A, B, C and D of the first cause of action and Paragraphs 1-17 of

the second cause of action and Paragraphs 1-28 and Exhibits E, F, G and H of the third cause of action are reiterated herein as if fully set forth.

2. That the Defendant American International Group, Inc., hereinafter referred to as AIG, is a corporation created by the laws of Delaware; That AIG is the largest insurance Company in the World; That Wall Street Banks, firms and their Associates are among the largest stock holders of AIG. That AIG was deceptively created by Wall Street Banks to have losses incurred by Wall Street and foreign banks in transactions like the WAMU and Wachovia situation and others involving the sale or purchase of untold billions of dollars stocks, bonds and derivates, covered by insurance issued by AIG and eventually paid by American Taxpayers.

3. Upon information and belief, Plaintiffs allege that by using the pretense of allowing AIG to default would cause the US Financial system to collapse, the US Government and the FED have unlawfully advanced almost $400 billion dollars to AIG to honor and pay the losses of Wall Street and foreign banks.

4. That the sums advanced will be added to the national debt of America.

5. That the Constitution does not give the US Government or the FED the power to have the American people pay the losses of privately owned companies resulting in the Plaintiffs being damaged in an amount approximating $400 Billion dollars.

**And for a fifth cause of action, the Plaintiffs allege and say:**

1. Paragraphs 1-58 and Exhibits A, B,C and D of the first cause of action, and Paragraphs 1-17 of the second cause of action and Paragraphs 1-28 and Exhibits E, F,G and H of the third cause of action and Paragraphs 1-5 of the fourth cause of action are reiterated herein as if fully set forth:

2. For many decades, there have been frequent discussions in many groups about the "invisible government that actually governs in America". It has now been identified as Wall Street Banks and their foreign associated banks. Since gaining control of America's money by the unlawful and sinful enactment by our government of the "Federal Reserve Act", these banks have gained control of the necessary elements in our government, and by ownership of the major media outlets, to condition the people to accept a gradual erosion of their rights and freedoms expressed in the Declaration of Independence and the Constitution of the United States.

3. History documents how any person, especially American Presidents, posing a threat to the elimination of the Wall Street Banks and their foreign Associates having control of a Nation's money and operation of the fractional reserve banking system is either assassinated or the attempt failed. Presidents assassinated in office include Presidents William H. Harrison, Abraham Lincoln, James Garfield, William McKinley and John F. Kennedy. Presidents dying mysteriously include Zachary Taylor, James Buchanan. Presidents surviving attempts to assassinate are Andrew Jackson, Theodore Roosevelt, Harry Truman and Ronald Reagan. Two attempts to assassinate President Gerald Ford failed. Thirteen members of Congress, including Senator Robert F. Kennedy, have been killed. Dr. Martin Luther King was very knowledgeable about the Declaration of Independence and Constitution and how minority races rights were ignored and violated and was becoming a powerful leader was assassinated.

4. Ninety percent of the Founders of America were Christians and others of different beliefs seeking the right and liberty to be free in choosing the religion of their choice, to have the freedom of speech and a Free Press protected by the Constitution. They wanted a militia to protect the security of a free state. They wanted the right to bear arms to protect themselves against all enemies, even if it became their own government. They wanted to be secure in their homes and their ownership

16

of property protected by law. They wanted a government with limited written powers granted to it with all other powers not specified reserved to the people. They wanted fair and free elections in selecting members of their government. They wanted Christian morals to be the principles of conduct. In the development of America, they opened their doors to immigrants from all over the world to demonstrate how free and energetic people could realize their dreams of living prosperously. They wanted to demonstrate to the world they had no aggressive agenda to pursue and that "they would do unto all people as they would have them do unto them."

5. From the end of a horrendous civil war between the States in 1865 until 1913, a short period of only 48 years with no privately owned bank charging interest to borrow its own money, America became the wealthiest, most admired and respected nation in the world. After passage of The Federal Reserve Act in 1913, the Wall Street banks and the foreign associates have engaged in an evil scheme to rule the world engaged in intentional evil, sinful, unlawful and deceitful acts, as follows:

   a. Caused eight recessions, one severe depression and the current financial crisis that will last as long as planned by the banks under their goal to own and rule the world. Plaintiffs allege Wall Street and foreign international banks have more cash on hand in their history from the profits made in creating the present financial crisis suffered by independent banks. They have caused eight recessions, one severe depression and the current international financial crisis that will last as long as planned by the banks. This is in furtherance of their goal to own and rule the world. The Defendant banks are restricting the recovery of America's economy by not making loans to needy customers, but are using some of their cash to buy outstanding shares of their own stock at their current depressed prices while receiving interest from the FED on their deposits.

   b. Caused World War I, World War II, the Korean War, and the Vietnam War. And most of the past and present wars in the Middle East; wherein millions of innocent people have been killed. By causing recessions, depressions and using America's wealth to finance both sides in wars. Wall Street Banks and their foreign associates have used their profits to purchase most of the assets in the world.

   c. By owning or controlling the central banks of all but a small number of the nations in the world Wall Street banks and their foreign associates in these nations seek to complete their plan of a *New World Order* with the economical and political elements controlled by them.

5. Wall Street Banks and their foreign associates have their major media outlets proclaiming that the American government's military actions in Middle East countries, killing many innocent people of all ages, are to guarantee all people in the world their "Human Rights". The real purpose is to seize their assets and control the economic and political elements and make them economic slaves of the banks.

6. The American people, being a composite of people from most nations in the world, have demonstrated themselves to be the most successful and generous people the world has ever known. However, the American people have failed to perform their civic duties to restrict the unlawful activities of its Government. The Christian majority of American Citizens, still prevalent in America, allowed themselves to become influenced by the media owned by the Defendant banks and allowed violations of our Constitution by all three branches of our government. Christians, by decisions of the Supreme Court wrongfully intruding into religious and moral issues, were divided into minority splinter groups, fighting each other over such issues as right to life, prayer in school, gay rights, burning the flag, right to bear arms and other issues resulting in many supporting the inhuman activities of our government, have, by their

Case 3:10-cv-00200-GCM   Document 1   Filed 04/28/10   Page 19 of 23

apathy, caused America to become the most feared nation in the world.

7. The failure of leaders of religious organizations of Catholic, Baptist, Methodist, Presbyterian ,and all other Christian faiths, Jewish and all other faiths to have their religious leaders inform their followers of the duties explained in the Bible that are necessary to prevent evil acts by their governments, have sanctioned the horrendous acts of governments for the last ten decades.

8. The CFR, TLC and BB have gained effective control of our economic and political systems. Their corporations and wealthy members, through acts of philanthropy and tax deductible gifts, gained sufficient power to determine the methods and curricula taught in our public and private schools, colleges and universities at every level. For many decades students have not been properly informed about our Declaration of Independence, our Constitution, our history, our civic duties that must be performed by the citizens to prevent the government exceeding the power granted to them, our economic system detailing all matters pertaining to our money and banking system and especially how we no longer have a Free Press and are subject to the propaganda of evil people seeking to own and rule the world.

9. The government officials of all fifty states have failed to exercise their State and People's IXth and Xth Amendment rights in the Constitution and protect the rights of their citizens from unauthorized acts by the Federal Government such as exceeding the rights granted to it and unlawfully exercising control over our education system, medical system, our freedoms guaranteed by the Bill of Rights, enforcing illegal tax systems and permitting Wall Street Banks and their foreign associates to unlawfully take the wealth of America by having unrestricted control of Americas money and use it unlawfully to create the military and economic power to control the destiny of the World for the benefit of the elite.

10. The Governors and Attorney General of all 50 States will receive a copy of this Complaint. All state employees are required to take the Oath to support and defend the Constitution. All States have designated officials charged with the duty to see that all laws be carried out and enforced. Six months is a reasonable time from the filing of this action for them to start actions to regain control of our Federal Government. It is also a reasonable time to begin the proper procedure necessary to amend our Constitution addressing our money and banking system to permit a safe, sound, stable and regulated money system that does not provide means to violate the Human Rights of others. State Officials should also cease making payments on contracts of debt not supported by an adequate consideration or participate or start an action to have debts declared void. After the expiration of six months the Plaintiffs will file a motion to make the officials of any State violating their Oath of office and failing to perform the duties of their office be made parties to this action.

11. The Failure of our Federal Judicial System Officials to honor their Oath of Office and duty to support and defend the Constitution by:

    a. Dismissing hundreds of cases filed in the last decade by citizens of America alleging complaints against violations of the Constitution by all three branches of our government.

    b. Creating in the Federal District Courts regulations and case law making it virtually impossible and extremely expensive for citizens to prevail in cases involving the government or important cases against large corporations owned by Wall Street Banks and their associates.

    c. Using their discretion and preventing Plaintiffs' counsel in many actions to introduce evidence and the law to support the allegations in the Complaint. Federal and state courts' decisions are now received by the public under great protest with acts of violence to the extent courts are no longer open to the people except under the strictest security measures

18

enforced by armed guards. In the case of the Foreign Intelligence Surveillance Act, the FISA Court is for government personnel only; it holds no public hearings, classifies its rulings as top secret and operates in an ultra-high security vault guarded by impenetrable doors on the sixth floor of the Justice Departments building.

    d.  Failure to take Judicial Notice of illegal acts by Executive and Legislative branches of government appearing in the national registry.

12. The Federal Reserve System, its board of governors and its 12 banks have tremendous influence and control of America's system of commerce. The foregoing details in all causes of action reveal the magnitude of the unlawful, false and unfair trade practices engaged in by the FED all over America. These actions violate federal laws and specifically Chapter 75 section 1, North Carolina General Statutes, unfair and deceptive trade practices and similar statutes in all states. Violations of these laws by the named defendants entitle the plaintiffs to recover treble damages with the defendants paying all attorney fees and cost

## WHEREFORE: the Plaintiffs pray for relief as follows:

1. That Title 12, Chapter 3 of the Federal Reserve Act be declared unconstitutional because Congress cannot delegate its Constitutional duties and inflict trillions of dollars in damages sustained by the people it represents.

2. That Title 31, Chapter 51, Section 5103 be declared Unconstitutional, null and void because Congress cannot Amend the Constitution by the use of the U. S. Code. The coinage act of 1936 attempts to legalize worthless Federal Reserve Notes as legal tender in payment of debts in violation of Article 1, Section 10 of the Constitution. The Constitution clearly states the only method to Amend its provisions.

3. That the State Governments of the people either join this action as party plaintiffs or take the necessary action to limit the actions of the federal government to those authorized by the Constitution.

4. That the States schedule a Constitutional Convention and structure a financial system to be approved as a constitutional amendment, wherein the people pay no interest on money legally created by the federal government.

5. That the system of Fractional Reserve Banking, whereby banks create contracts of debt for no consideration, be found a violation of the American people's Constitutional and Human Rights.

6. That any portion of the unknown trillions of dollars contracts of debt of America created by the FED and owed to any persons or entities associated in any manner with the Wall Street Banks, Bilderbergs, Council on Foreign Relations or the Trilateral Commission should be declared void to prevent the Defendants being "Unjustly Enriched" by the ponzi scheme operated by them, that any remaining debts be paid from recovery from the Defendants.

7. That the seven trillion dollars of interest paid to the FED be recovered from the Defendants be apportioned and distributed to the fifty states.

8. That the billions of dollars of damages sustained by the Shareholders of Washington Mutual, Inc., be trebled and distributed to them, with no deduction allowed for any fees or expenses, which are to be paid by the Defendants.

9.  That the billions of dollars of damages sustained by the shareholders of Wachovia Bank, be trebled and distributed to them, with no deduction for any fees or expenses, which are to be paid by the Defendants.

10. That the billions of dollars illegally paid to AIG and any other private companies identified by an audit be recovered. That the recovery be apportioned and distributed to the fifty States

11. That the billions of dollars illegally paid by AIG to Wall Street Banks and other private companies be recovered. That the recovery be apportioned and distributed to the fifty states.

12. That all transactions by the FED be identified by two independent Auditing Firms working separately and confidentially to determine how the FED has used Americas credit and money. That any sums illegally disbursed be recovered from the owners of the Federal Reserve Bank involved.

13. That any federal employees elected or appointed including Judges, who willfully violate their duty to support and defend the Constitution, forfeit any rights to benefits applicable to their office.

14. That the President of the United States comply with the duties required of him by the Constitution and lead the necessary actions to see that Article 1, Section 8 of the Constitution be enforced, and start a procedure to cooperate with the fifty states in the adoption of amendments to the Constitution and allow the Federal Government to have control of our money, paper and coin, backed and supported by something of value, without any interest charges to be paid to anyone, as Presidents Lincoln and Kennedy did.

15. That the Defendants pay all of the Plaintiffs Attorney expenses and fees and the costs of this action.

16. For such other and further relief the Plaintiffs may be entitled to in Law or Equity.

This 28th day 0f April, 2010

HUGH W. JOHNSTON
ATTORNEY

NC BAR NUMBER 2407
PO BOX 550185
GASTONIA, NC 28055

(704) 813-0681
hwolfej@yahoo.com