# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Allran et al,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                          3:10-cv-200

New York Federal Reserve Bank,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/27/2010 Order.

                                        Signed: May 27, 2010

                                        Frank G. Johns, Clerk
                                        United States District Court