**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL NO. 3:10CV200-GCM**

| | | |
|---|---|---|
| Neil Allran, Terry Spoerle, and | **)** | |
| Leslie J. Dale, | **)** | |
| | **)** | |
| Plaintiffs**,** | **)** | |
| | **)** | |
| v. | **)** | **ORDER** |
| | **)** | |
| New York Federal Reserve Bank**,** | **)** | |
| JP Morgan Chase Bank, Citigroup, | **)** | |
| Citibank, Wells Fargo, | **)** | |
| American International Group, Inc., | **)** | |
| Ben Bernanke, Alan Greenspan, | **)** | |
| Henry M. Paulson, Jr., | **)** | |
| Sheila C. Bair, William C. Dudley, | **)** | |
| John Snow, Sanford L. Weill, | **)** | |
| James L. Dimon, Victor Pandit, | **)** | |
| Charles Prince, Timothy F. Geitner, | **)** | |
| John M. Reich, John D. Hawke, Jr., | **)** | |
| John C. Dugan, Donald L. Kohn, | **)** | |
| Kevin M. Warsh, Elizabeth A. Duke, | **)** | |
| Daniel K. Tarullo, and | **)** | |
| Frederic S. Mishkin, | **)** | |
| | **)** | |
| Defendants. | **)** | |

---

**THIS MATTER** is before the Court upon Plaintiffs' Motion to Vacate and Motion to

Recuse.  As Plaintiffs have put forth no basis in fact or law to support either motion, both

motions are hereby DENIED.

Signed: June 15, 2010

Graham C. Mullen
United States District Judge